1600 LAWRENCE vs. HANLEY (Sheriff), No. 11740, 84 M., 399.

To compel respondent to return to relator, as chairman of the board of auditors of Wayne county, the books belonging to said board, where a conflict has arisen, respecting the title to the office of county auditor, between an appointee of the governor and one holding over because of the death of an auditor-elect, and the sheriff had taken sides, seizing the books of the office.

Granted, with costs, January 23, 1891; holding that the appointee of the governor was not entitled to the office, and that, although title to office will not usually be settled in mandamus proceedings, where a person in office de jure and de facto is interfered with by one whose lack of title is plain under adjudicated cases in our own courts, it is proper and best to settle the question by mandamus.

1601 BENEDICT vs. CONNINE (Pros. Atty.), No. 12324½.

To compel respondent to indorse the names of certain witnesses for the people, upon an information.

Order to show cause denied November 18, 1891.